**Nathaniel SLEDGE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59700.**

Missouri Court of Appeals,
Western District.

Dec. 11, 2001.

Mark A. Grothoff, Asst. Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

be inaccurate.

Before PATRICIA A. BRECKENRIDGE, P.J., THOMAS H. NEWTON and LISA WHITE HARDWICK, JJ.

*Order*

PER CURIAM:

Mr. Nathaniel Sledge appeals the judgment denying his claims in a postconviction relief motion under Rule 29.15.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).